UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

AFFIDAVIT/AFFIRMATION

Civil Action No. 15-3058 FB-LB

X

:Hanming Feng

Plaintiff, :

-against- :

: Soy Sauce LLC and John Doe

:

Defendant(s). :

X

STATE OF NEW YORK )

COUNTY OF ) ss.:

I, Gavriel Borenstein make the following affirmation under the penalties of

perjury:

I, Gavriel Borenstein and Soy Sauce LLC, am the plaintiff in the above

entitled action, and respectfully move this Court to issue an

order extention of 30 days to answer thhe complaint.

The reason why I am entitled to the relief I seek is the

following: I have been unable to obtain an attorney thus far.

WHEREFORE, I respectfully request that the court grant the

within motion, as well as such other and further relief that may

be just and proper.

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★    JUN 29 2015    ☆

LONG ISLAND OFFICE

1

Sworn to before me this Signature

day of _June_, 20_15_

X _____

Notary Public Plaintiff Pro Se

Motion Form & Instructions - U.S. District Court-EDNY Rev. 1/2006

-----------------------------------------------------------------

OR: I declare under penalty of perjury that the foregoing is

true and correct.

Executed on X _____ 6/26/14

_____

Signature

Defendent Pro Se

z

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------- X

Hanming Feng

                    Plaintiff,

        -against-

Soy Source LLC + John Doe

                    Defendants.

-------------------------------- X

RECEIVED
JUN 2 9 2015
PRO SE OFFICE

Affirmation of Service

15 cv3-55 (HLL)

I, _Gorrul Boaska_____ , declare under penalty

of perjury that I have served a copy of the attached Notice of

Motion and Affirmation/Affidavit in support upon _John Tong__

_____

whose address is: _41-76 Kissena Blvd 119_

_Flushing pt 11355_ .

Dated: _6/26/15__
           , New York

Signature

_65-22 Main St_
Address

_Flush_
City, State & Zip Code

_718-763-7118_
Telephone

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X

Hanming Feng

                    Plaintiff,

                    -against-

Soy Sauce LLC d/b/a soysauce glatt kosher
chinese takeout and john doe

                    Defendant(s).
-------------------------------------------------X

**APPLICATION FOR THE COURT TO
REQUEST COUNSEL**

1:15 CV 03058 (fb-lb)

1.   Name of applicant **Gavriel Borenstein/ Soy Sauce LLC**

2.   Explain why you feel you need a lawyer in this case. (Use additional paper if necessary.)

I have a small chinese take-out and I can't afford an attorney. As a LLC, I cant represent myself.

# I am being sued by someone whom i never met, but i am unable represent myself in court to explain that.

3.   Explain what steps you have taken to find an attorney and with what results.  (Use additional paper if necessary.)

I have contacted several attorneys and I can't afford their fees.

4.   If you need a lawyer who speaks in a language other than English, state what language you speak:

5.   I understand that if a lawyer volunteers to represent me and my lawyer learns that I can afford to pay for a lawyer, the lawyer may give this information to the Court.  I understand that if the Court grants this application in a complaint against the Commissioner of Social Security, the pro bono attorney, if successful, has the statutory right to request that the Court award a fee of up to 25% of the accrued Social Security or Supplemental Security Income Benefits.  See 42 U.S.C. § 406.

6.   I understand that if my answers on my Request to Proceed *In Forma Pauperis* are false, my case may be dismissed.

7.   **I declare under penalty of perjury that the forgoing is true and correct.**

Dated: _6/26/15_                    _____
                                         *Signature*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Hanming Feng

Plaintiff,

-against-
Soy Sauce LLC d/b/a SOYSAUCE Glatt
Kosher Chinese Takeout and JOhn Doe
Defendant(s).
-------------------------------------------------------X

**REQUEST TO PROCEED**
*IN FORMA PAUPERIS*
**IN SUPPORT OF THE**
**APPLICATION FOR THE COURT TO**
**REQUEST COUNSEL**

1:15 CV 03058 (fb-lb)

I, **Gavriel Borenstein** _____ (print or type your name) am the plaintiff/defendant
in the above-entitled case and I hereby request to proceed *in forma pauperis* and without being required to
prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of
said proceeding or give security therefor, and that I believe I am entitled to redress.

1.  If you are presently employed, give the name and address of your employer and state the amount
    of earnings per month.

    **Soy Sauce LLC, 6822 Main St Flushing NY 11367.**

    **I take a salary of about $500/month.**

2.  If you are not presently employed, state the date you were last employed and your earnings per
    month at that time. **You must answer this question even if you are incarcerated.**

    _____

    _____

3.  Have you received, within the past twelve months, any money from any source? If so, name the
    source and the amount of money you received.

    **No**

    a) Are you receiving any public benefits?          ☑No ☐Yes, $_____

    b) Do you receive any income from any other source? ☑No ☐Yes, $_____

4. Do you have any money, including money in a checking or savings account? If so, how much?

**$200**

5. Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other valuable property? If the answer is yes, describe the property and state its approximate value.

[✔] No  [ ] Yes, $_____

6. Do you pay for rent or for a mortgage? If so, how much each month?

[ ] No  [✔] Yes, $ **850**

7. List the person(s) that you pay money to support and the amount you pay each month.

_____

_____

8. State any special circumstances which the Court should consider.

**Even though the civil action is against an LLC, it is essentially against me.**

**I am the owner and i am here everyday.** I don't

believe I broke any law

I understand that the Court may dismiss this case if I give a false answer to any question in this declaration.

I understand that if the Court grants this application in a complaint against the Commissioner of Social Security, the pro bono attorney, if successful, has the statutory right to request that the Court award a fee of up to 25% of the accrued Social Security or Supplemental Security Income Benefits. See 42 U.S.C. § 406.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: 6/26/15

_____
*Signature*

*rev. 7/08*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
Hanming Feng

                    Plaintiff,

        -against-                                    **AFFIRMATION OF SERVICE**
Soy Sauce LLC d/b/a soysauce glatt          1:15 CV 03058 (fb-lb )
kosher chinese take out

                    Defendant(s).
-------------------------------------------------------- X


I, Gavriel Borenstein _____ (print or type your name), **declare under penalty of**

**perjury** that I have served a copy of the attached Application for the Court to Request Counsel upon the
~~defendant(s)~~ *plaintiff* or the attorney for defendant(s) John Troy


whose address is: 41-25 Kissena Blvd ste 119 flushing ny 11355

by ~~personal delivery~~ *mail*.
(describe how you served document: For example - personal delivery, mail, overnight express, etc.)


Dated: 6/26/15 _____

                                          _____
                                          *Signature*

                                          68 22 Main Ct
                                          Address

                                          Flushing NY 11367


                                          _____
                                          City, State & Zip Code


*rev. 7/08*